UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| MICHELLE COMSTOCK, | : Case No. 3:12-cv-00099-RLY-WGH |
| Plaintiff, | : Judge Richard L. Young<br>(Magistrate Judge Hussmann) |
| vs. | : |
| D.B.K.-VISION, INC.,<br>d/b/a McDONALD'S, | **STIPULATION OF DISMISSAL OF**<br>: **COMPLAINT WITH PREJUDICE** |
| Defendant. | : |
| | : |

Pursuant to this Court's Entry dated December 7, 2012, it is hereby stipulated by the parties who have appeared in the within action, by and through their counsel, that the within matter has been settled and, therefore, shall be, and hereby is, dismissed, with prejudice, each party to bear their own costs.

Respectfully submitted,

/s/ Benjamin R. Aylsworth
Benjamin R. Aylsworth (29817-87)
Kyle F. Biesecker (24095-49)
Biesecker Dutkanych & Macer, LLC
411 Main Street
Evansville, Indiana 47708
baylsworth@bdlegal.com
kfb@bdlegal.com
Telephone:   (812) 424-1000
Facsimile:   (812) 424-1005
*Attorneys for Plaintiff*

/s/ Anthony J. Caruso per authorization 12/18/2012
Anthony J. Caruso (0040773 – Ohio)
KOHNEN & PATTON LLP
201 East Fifth Street, Suite 800
Cincinnati, Ohio 45202
tcaruso@kplaw.com
Telephone: (513) 381-0656
Facsimile: (513) 381-5823
*Attorney for Defendant D.B.K.-Vision, Inc. d/b/a McDonald's*

4834-6800-7186, v. 1

2