UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| MICHELLE COMSTOCK, | : | Case No. 3:12-cv-00099-RLY-WGH |
| Plaintiff, | : | Judge Richard L. Young<br>(Magistrate Judge Hussmann) |
| vs. | : | |
| | | **ORDER OF DISMISSAL** |
| D.B.K.-VISION, INC.,<br>d/b/a McDONALD'S, | : | |
| | : | |
| Defendant. | : | |

By agreement of the parties as set forth in the Stipulation of Dismissal of Complaint with Prejudice, all claims herein are dismissed with prejudice.

SO ORDERED.

12/28/2012

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana